**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **VENISHA ARNOLD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-01337** |
| | § | |
| **1600 WEST LOOP SOUTH, LLC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff has filed a Motion for Reconsideration. ECF No. 17. It appears Plaintiff is requesting the Court reconsider its ruling on Defendants' Motion to Dismiss. ECF No. 16. But the Court has not ruled on the Motion to Dismiss yet. Therefore, Plaintiff's Motion is **DENIED** as premature.

**IT IS SO ORDERED.**

**SIGNED** on this the 22nd day of April, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE