UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VENISHA ARNOLD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-01337 |
| | § | |
| 1600 WEST LOOP SOUTH, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

*Pro se* Plaintiff Venisha Arnold originally brought this suit against Defendants in state court, and Defendants subsequently removed the suit to this Court on March 21, 2025. ECF No. 1. The Court granted some of Defendants' Motion to Dismiss, ECF No. 16, in a hearing held on June 11, 2025. The Court dismissed the remaining Defendants in an Order signed on June 23, 2025.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the June 23, 2025 Order and the hearing held on June 11, 2025, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 25th day of June, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE