United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **VENISHA ARNOLD,** § § § § | |
| Plaintiff, | |
| VS. § § § § § § | CIVIL ACTION NO. 4:25-CV-01337 |
| **1600 WEST LOOP SOUTH,** *et al.*, | |
| Defendants. | |

### ORDER

The Court notes that it has been more than ninety (90) days since this case was removed to this Court. *See* ECF No. 1. Since Plaintiff has failed to properly serve Defendants Kevin Malonson, Chris Horan, and Robert Malonson, the Court **DISMISSES** all claims against them without prejudice. *See* FED. R. CIV. P. 4(m).

**IT IS SO ORDERED.**

**SIGNED** on this the 25th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE