IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VENISHA ARNOLD | ) | |
| PLAINTIFF | ) | CASE 4:25-cv-01337 |
| VS. | ) | JURY TRIAL |
| JOSHUA BARRY, | ) | DEMANDED |
| KEVIN MALONSON, | ) | |
| CHRIS HORAN, | ) | |
| ROBERT MALONSON, | ) | |
| 1600 WEST LOOP SOUTH LLC., | ) | |
| LANDRY'S LLC, HOSPITALITY HEADQUARTERS, INC. | ) | |
| DEFENDANTS | | |

## **MOTION FOR EXTENSION OF TIME AND MOTION TO RE-OPEN**

The plaintiff Venisha Arnold is motioning the court to reopen her lawsuit.

The plaintiff Venisha Arnold is requesting a motion for extension of time. The plaintiff is requesting 180 days to serve the defendants below:

Kevin Malonson

Chris Horan

Robert Malonson

The plaintiff will speak with the court clerk regarding the appeal she immediately filed after the order regarding dismissal was given.

Respectfully Submitted

VENISHA ARNOLD, PRO SE

/s/Venisha Arnold

1707 ½ Post Oak Blvd #640

Houston, Texas 77056

(713) 836-8200

venishaarnold@protonmail.com